EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | 2020 TSPR 133 |
|---|---|
| Néstor A. Amador Chacón | 205 DPR _____ |

Número del Caso:  TS-12,510

Fecha:  2 de noviembre de 2020

Abogado del peticionario:

     Por derecho propio

Materia:  Reinstalación al ejercicio de la abogacía

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re*:

Néstor A. Amador Chacón                    TS-12,510

RESOLUCIÓN

En San Juan, Puerto Rico, a 2 de noviembre de 2020.

Examinada la *Solicitud de reinstalación al ejercicio de la abogacía* presentada por el Sr. Néstor A. Amador Chacón, **se autoriza su reinstalación al ejercicio de la abogacía.**

Se le apercibe que en una próxima ocasión **deberá atender las órdenes de este Tribunal con diligencia y velar por el cumplimiento de los requisitos del Programa de Educación Jurídica Continua.**

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.

Jose Ignacio Campos Pérez
Secretario del Tribunal Supremo